**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA NELL and THOMAS STEPHENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEENAN & ASSOCIATES,<br><br>Defendant. | Case No. 2:24-cv-01409-MCS-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASES PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (ECF NO. 16)**<br><br>Complaint filed:   February 21, 2024 |

Upon consideration of the Parties' Joint Stipulation to Stay Case Pending Final Approval of Proposed Class Action Settlement, and good cause appearing, it is **ORDERED** that the Stipulation is **GRANTED.** The above-captioned action is hereby stayed pending final approval of the proposed class action settlement. Defendant is hereby **ORDERED** to file a status report with the Court within three business days after the Los Angeles County Superior Court addresses whether to grant final approval to the settlement. **For case administration purposes only, the Court directs the Clerk to close the case.**

**IT IS SO ORDERED on this 5th day of June, 2024.**

_[signature: Mark C. Scarsi]_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE